UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAXINE PHILLIPS on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:14-CV-0740-B |
| TEXAS INDUSTRIES, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

Plaintiff Maxine Phillips filed a Class Action Complaint (doc. 1) on February 25, 2014, followed by an Amended Complaint (doc. 4) on March 18, 2014. More than 120 days have passed since her Amended Complaint was filed, and no proof of service has been filed with the Court. In accordance with Federal Rule of Civil Procedure 4(m), the Court **ORDERS** Plaintiff Maxine Phillips to show "good cause" for her failure to serve any of the named defendants within 120 days of filing her Amended Complaint. FED. R. CIV. P. 4(m). If Plaintiff fails to show "good cause" for her failure within thirty (30) days from the date of this Order, the Court "must dismiss the action without prejudice against [each] defendant." *Id.*

SO ORDERED
DATED: August 8, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE