UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAXINE PHILLIPS on behalf of<br>herself and all others similarly situated, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:14-CV-0740-B |
| TEXAS INDUSTRIES, INC., et al., | § <br> § | |
| Defendants. | § | |

## ORDER

After the Court issued an Order to Show Cause (doc. 5), the parties filed a Joint Status Report (doc. 6) on August 13, 2014 notifying the Court that (1) Defendants had previously agreed to accept service and are expected to soon file waivers of service, (2) a preliminary settlement agreement has been reached, and (3) "the parties are scheduling confirmatory discovery and if satisfactory will be preparing final settlement papers to submit to the Court as soon as practicable." Doc. 6-2, Ex. Cover Letter.

Accordingly, the Court **VACATES** its Order to Show Cause (doc. 5) and **ORDERS** that the proceedings in his litigation, except those related to settlement, be hereby **STAYED** while the parties complete confirmatory discovery and the documentation of the settlement.

The Court further **ORDERS** that if the parties have not moved for preliminary approval of the settlement and for approval of the proposed notice within forty-five (45) days of this Order, the parties shall file a joint status report updating the Court as to their progress in completing confirmatory discovery and in preparing the settlement documentation.

SO ORDERED
DATED: August 18, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE