UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAXINE PHILLIPS on behalf of herself and all others similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 3:14-CV-0740-B |
| § | |
| TEXAS INDUSTRIES, INC., et al., § § § | |
| Defendants. § | |

## STATUS REPORT ORDER

This case has been stayed pursuant to a Joint Status Report (doc. 6) filed on August 13, 2014 in which the parties notified the Court that a preliminary settlement agreement had been reached and that "the parties are scheduling confirmatory discovery and if satisfactory will be preparing final settlement papers to submit to the Court as soon as practicable." Doc. 6-2, Ex. Cover Letter. Given the amount of time that has passed without any additional filings from the parties, the Court **ORDERS** the parties to submit a Joint Status Report <u>by no later than January 23, 2015</u>. This report shall indicate (i) what steps the parties have taken to prepare and submit settlement papers to the Court for approval, (ii) the remaining issues that must be resolved before such papers can be submitted, and (iii) an estimated timeframe by which the parties anticipate submitting such papers and/or resolving these outstanding issues. The parties are further **ORDERED** to file a Joint Status Report every forty-five (45) days thereafter, until either (a) their settlement papers have been submitted to the Court for approval or (b) the Court orders otherwise.

SO ORDERED
DATED: January 8, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE