| | |
|---|---|
| *OF COUNSEL:*<br><br>Rachelle Silverberg<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY  10019<br>(212) 403-1000 | FULBRIGHT & JAWORSKI LLP<br><br>_____<br>Michael A. Swartzendruber<br>SBN # 19557702<br>2200 Ross Avenue<br>Suite 2800<br>Dallas, TX  75201<br>(214) 855-8000<br><br>*Counsel for Defendants TXI, Thomas R. Ransdell, Mel G. Brekhus, John D. Baker II, Eugenio Clariond, Sam Coats, Sean P. Foley, Bernard Lanigan, Jr., Thomas L. Ryan, Ronald G Steinhardt, and Dorothy C. Weaver* |
| *OF COUNSEL:*<br>Sandra C. Goldstein<br>CRAVATH, SWAINE & MOORE LLP<br>825 8th Avenue<br>New York, NY  10019<br>(212) 474-1000 | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.<br><br>*/s/ Bruce Collins*<br>Bruce W. Collins<br>SBN # 04604700<br>Monica W. Latin<br>SBN # 00787881<br>901 Main Street<br>Suite 5500<br>Dallas, TX  75202<br>(214) 855-3000<br><br>*Counsel for Martin Marietta* |