*OF COUNSEL:*

Rachelle Silverberg
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
(212) 403-1000

FULBRIGHT & JAWORSKI LLP

_____
Michael A. Swartzendruber
SBN # 19557702
2200 Ross Avenue
Suite 2800
Dallas, TX  75201
(214) 855-8000

*Counsel for Defendants TXI, Thomas R. Ransdell, Mel G. Brekhus, John D. Baker II, Eugenio Clariond, Sam Coats, Sean P. Foley, Bernard Lanigan, Jr., Thomas L. Ryan, Ronald G Steinhardt, and Dorothy C. Weaver*

*OF COUNSEL:*
Sandra C. Goldstein
CRAVATH, SWAINE & MOORE LLP
825 8th Avenue
New York, NY  10019
(212) 474-1000

CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.

/s/ Bruce Collins
_____
Bruce W. Collins
SBN # 04604700
Monica W. Latin
SBN # 00787881
901 Main Street
Suite 5500
Dallas, TX  75202
(214) 855-3000

*Counsel for Martin Marietta*