UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

MAXINE PHILLIPS §
      *Plaintiff* §
 §
 §
v. § Case No. 3:14-cv-00740-B
 §
 §
TEXAS INDUSTRIES, INC., THOMAS R. §
      *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) __Faruqi & Faruqi, LLP__, with offices at

__369 Lexington Avenue, 10th Floor__
(Street Address)

__New York__     __NY__     __10017__
(City)     (State)     (Zip Code)

__212-983-9330__
(Telephone No.)

**II.** Applicant will sign all filings with the name __Juan E. Monteverde__.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

__jmonteverde@faruqilaw.com__
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Maxine Phillips

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: ____JM8169____  Admission date: ____January 4th, 2007____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | January 3rd, 2008 | Active |
| 7th Circuit | June 15th, 2011 | Active |
| District of Colorado | July 5th, 2012 | Active |
| Western District of New York | March 31, 2014 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____Law Offices of Balon B. Bradley_____ who has offices at

5473 Blair Road, Suite 100
(Street Address)

Dallas                          TX              75231
(City)                          (State)         (Zip Code)

972-991-1582
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 3rd day of February, 2015.

Juan E. Monteverde
Printed Name of Applicant

_____
Signature