# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

-----------------------------------------------------------

MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated, :

      Plaintiff, :

   v. :

TEXAS INDUSTRIES, INC., THOMAS R. RANSDELL, MEL G. BREKHUS, JOHN D. BAKER II, EUGENIO CLARIOND, SAM COATS, SEAN P. FOLEY, BERNARD LANIGAN, JR., THOMAS L. RYAN, RONALD G. STEINHART, DOROTHY C. WEAVER, MARTIN MARIETTA MATERIALS, INC., and PROJECT HOLDINGS, INC., :

      Defendants. :

Case No. 3:14-cv-00740-B

-----------------------------------------------------------

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE PAGE LIMIT**

Pursuant to Northern District of Texas Local Rule 7.2(c), Maxine Phillips ("Plaintiff") moves this Court for an Order permitting Plaintiff to file a brief in excess of 25 pages (the "Motion"). Plaintiff will be submitting a Memorandum Of Law In Support Of Plaintiff's Unopposed Motion For Final Approval Of Class Action Settlement, Certification Of The Settlement Class, And An Award Of Attorneys' Fees And Expenses," in the above-captioned class action (the "Action"). Because of the complex nature of this Action, Plaintiff requests permission to enlarge the page limit from 25 to 40 pages. Defendants do not oppose this Motion for enlargement of page limit.

A proposed Order is submitted herewith.

Dated:  May 15, 2015                       Respectfully submitted

                                          By: */s/  Balon B. Bradley*
                                              Balon B. Bradley
                                              SBN #: 02821700
                                              **LAW OFFICES OF BALON B. BRADLEY**
                                              5473 Blair Road, Suite 100
                                              Dallas, Texas 75231
                                              Tel.: (972) 991-1582
                                              Fax: (972) 755-0424
                                              E-mail: Balon@BBradleyLaw.com

                                        *Local Counsel for Plaintiff Maxine Phillips*

**OF COUNSEL**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, New York 10017
Tel:  212-983-9330
Fax:  212-983-9331
Email:jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this __ day of May, 2015, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Balon B. Bradley*
LAW OFFICES OF BALON B. BRADLEY
Balon B. Bradley
SBN # 02821700
5473 Blair Road, Suite 100
Dallas, TX  75231
(972) 991-1582

*Local Counsel for Plaintiff Maxine Phillips*