**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INDUSTRIES, INC., THOMAS R. RANSDELL, MEL G. BREKHUS, JOHN D. BAKER II, EUGENIO CLARIOND, SAM COATS, SEAN P. FOLEY, BERNARD LANIGAN, JR., THOMAS L. RYAN, RONALD G. STEINHART, DOROTHY C. WEAVER, MARTIN MARIETTA MATERIALS, INC., and PROJECT HOLDINGS, INC. <br><br> Defendants. | Case No. 3:14-cv-00740-B |

## NOTICE OF APPEARANCE

Bruce Collins and Bryan Erman, with the law firm Carrington, Coleman, Sloman & Blumenthal, L.L.P., hereby enter an appearance on behalf of Defendant Project Holdings, Inc. The above-named attorneys are appearing in addition to, and not a substitute for, counsel currently representing Defendant Project Holdings, Inc. in this matter.

1

| | |
|---|---|
| Dated: June 10, 2015 | Respectfully submitted, |

| | |
|---|---|
| *OF COUNSEL:* | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. |
| Sandra C. Goldstein<br>CRAVATH, SWAINE & MOORE, LLP<br>825 8th Avenue<br>New York, NY  10019<br>(212) 474-1000 | */s/ Bryan A. Erman*<br>Bruce W. Collins<br>SBN # 04604700<br>Bryan A. Erman<br>SBN # 24040870<br>901 Main Street, Suite 5500<br>Dallas, TX  75202<br>(214) 855-3000<br><br>*Counsel for Martin Marietta Materials, Inc. and Project Holdings, Inc.* |

2